435

PER CURIAM.

(No. 75-CC-625—

LORA J. SVANIGA, Claimant, *vs.* STATE OF ILLINOIS, FAIR
EMPLOYMENT PRACTICES COMMISSION, Respondent.

*Opinion filed March 24, 1975.*

LORA J. SVANIGA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-635—

HENRY S. KELLER, Deceased, by NEVA KELLER, Claimant, *vs.*
STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH,
Respondent.

*Opinion filed March 24, 1975.*

HENRY S. KELLER, deceased, by NEVA KELLER,
Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.